FRANCIS TATE, Administrator of the Estate of George S. Tate, Deceased, Respondent, v. E. R. SHAW, Appellant.

No. 1982.  Decided February 2, 1909 (99 Pac. 1007).

APPEAL from District Court, Second District.  *Hon. J. A. Howell,* Judge.

Action by Francis Tate, administrator, against E. R. Shaw. From the judgment, defendant appeals.

AFFIRMED.

*C. R. Hollingsworth* and *J. N. Kimball* for appellant.

*H. H. Henderson* for respondent.

FRICK, J.

This appeal involves practically the same questions that were presented in the case of *Tate v. Rose,* 35 Utah 229, 99 Pac. 1003, which precedes this one. The difference between the two cases is that in the preceding case the west half of the southwest quarter of section 18, township 7, range 1 west, Salt Lake meridian, was in issue, while in this the west half of the northwest quarter of the same section, township, and range is the subject-matter of litigation. Both pieces of land are included in the patent referred to in the preceding case. The other difference is that in this case the statute of limitations was not pleaded. Upon the authority of the preceding case, the judgment in this case is affirmed, with costs to respondent.

STRAUP, C. J., and McCARTY, J., concur.